DIANE C. WEIL
STATE BAR NUMBER 102922
5950 CANOGA AVENUE, SUITE 400
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE: (818) 651-6400
FACSIMILE: (818) 836-5689
EMAIL: dcweiltrustee@dcweillaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PETER M. SELTZER,<br><br>Debtor. | CASE NO.: 1:19-bk-11696-VK<br><br>CHAPTER 7<br><br>**TRUSTEE'S REPORT OF SALE**<br>**[FRBP 6004(f)(1)]**<br><br>No Hearing Required |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

Diane C. Weil, the chapter 7 trustee herein (the "Trustee"), hereby submits her Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

1. This case was commenced by the filing of a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on July 9, 2019 (the "Petition Date"). Per order entered on December 26, 2019, the case was converted from a Chapter 11 to a Chapter 7. On December 30, 2019, Diane C. Weil was appointed as the Chapter 7 Trustee, in which capacity she continues to serve.

2. According to the Schedules filed by the Debtor, among the assets of the Estate was the Debtor's interest in a real property located at 4179 Prado de La Puma, Calabasas, California 91302 (the "Asset").

3.  The Debtor claimed a $75,000 exemption in the Asset, which was amended, without objection to claim a $100,000 exemption.

4.  On or about November 17, 2020, the Court entered its *Order Granting Motion to: (1) Approve Sale of Real Property Free and Clear of All Liens, Interests, Claims, and Encumbrances With Such Liens, Interests, Claims, and Encumbrances to Attach to Proceeds Pursuant to 11 U.S.C. § 363(b) and (f); (2) Approve Overbid Procedures; (3) Release Debtor's Funds Held as Collateral by Merrill Lynch Credit Corporation to Trustee; (4) Determine that Buyer is Entitled to Protection Pursuant to 11 U.S.C. § 363(m);* [Docket No. 198] authorizing the sale of the Assets, free and clear of liens, as stated therein, for a sale price of $2,600,000 (the "Order).

5.  The sale was on an "AS IS, WHERE IS" basis, without any warranties, express or implied, and without any contingencies pursuant to Bankruptcy Code § 363(b), (f), (i) and (j), and was free and clear of liens, with such liens to attach to the sale proceeds, with the same priority as previously existed, if any.

6.  Escrow for the sale of the Property closed on November 24, 2020, and the sale was completed

DATED: May 12, 2022

_____
Diane C. Weil
Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5950 Canoga Ave., Suite 400, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled (*specify*): Trustee's Report of Sale [FRBP 6004(f)(1)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/12/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria Kaufman
United States Bankruptcy Judge
21041 Burbank Blvd., Courtroom 301
Woodland HIlls, CA 91367

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/12/2022 | JULIA FISER | *Julia Fiser* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) - Continued**

- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Adam N Barasch**   anb@severson.com, elw@severson.com
- **Katherine Bunker**   kate.bunker@usdoj.gov
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Jorge A Gaitan**   ecf@bg.law, jgaitan@bg.law
- **Rebecca Y Lawlor**   , silvia.cerna@nortonrosefulbright.com
- **Peter M Lively**   PeterMLively2000@yahoo.com
- **Harris M Madnick**   hmmadnick@kramarmadnick.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Monserrat Morales**   Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **William M Noall**   BKnotices@gtg.legal, wnoall@gtg.legal
- **Misty A Perry Isaacson**   misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Tamar Terzian**   tterzian@eppscoulson.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Diane C Weil (TR)**   dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com;ecf.alert+Weil@titlexi.com
- **Robert P Zahradka**   rzahradka@nationalfunding.com